ROSA E. KLEIN, Respondent, *v.* ARTHUR J. KLEIN, Appellant.

Submitted November 14, 1955; decided December 1, 1955.

*Jacob W. Friedman* for motion.

*Stanley Rosenthal* opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.